

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00007-CV

**13 HEIN, L.L.C.** and Robert P. Hein,
Appellants

v.

Analicia **PENA DE BECERRA**, Federico Javier Pena Llanos, Lilia Leticia Pena de Borrego,
Hilde Pena de Trad, Elsa Pena Cass, Zimmerman Limited Partnership No. 1,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVF-001164-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

On July 11, 2018, the court issued its opinion and judgment in this appeal. The motion for rehearing filed by appellants 13 Hein, L.L.C. and Robert P. Hein is DENIED. The court withdraws its opinion and judgment of July 11, 2018 and substitutes this opinion and judgment in their stead.

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellants 13 Hein, L.L.C. and Robert P. Hein.

SIGNED December 27, 2018.

_____
Rebeca C. Martinez, Justice